IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-147-RJC-DCK

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| INTERCONTINENTAL CAPITAL GROUP, INC., | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Andrew L. Rodenbough, concerning Chad S. Hummel, on May 9, 2022. Chad S. Hummel seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Chad S. Hummel is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: May 9, 2022

David C. Keesler
United States Magistrate Judge