IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-147-RJC-DCK

| | |
|---|---|
| MOVEMENT MORTGAGE LLC, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| INTERCONTINENTAL CAPITAL GROUP, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by William C. Mayberry, concerning John Sikes Gibbes III, on June 3, 2022. John Sikes Gibbes III seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. John Sikes Gibbes III, is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 3, 2022

David C. Keesler
United States Magistrate Judge