IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-147-RJC-DCK

| | |
|---|---|
| MOVEMENT MORTGAGE LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INTERCONTINENTAL CAPITAL GROUP, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Kristine M. Sims, concerning Jacqueline C. Johnson, on June 6, 2022. Jacqueline C. Johnson seeks to appear as counsel *pro hac vice* for the Individual Plaintiffs named in the motion. See (Document No. 16, p. 4). Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Jacqueline C. Johnson is hereby admitted *pro hac vice* to represent the Individual Plaintiffs named in the motion.

**SO ORDERED**.   Signed: June 6, 2022

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge