**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-147-RJC-DCK**

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE LLC, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **INTERCONTINENTAL CAPITAL GROUP, INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 60) filed by William C. Mayberry, concerning Brian R. Ellixson, on February 15, 2024. Brian R. Ellixson seeks to appear as counsel *pro hac vice* for Plaintiff Movement Mortgage, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 60) is **GRANTED**. Brian R. Ellixson is hereby admitted *pro hac vice* to represent Plaintiff Movement Mortgage, LLC.

      **SO ORDERED**.

Signed: February 15, 2024

David C. Keesler
United States Magistrate Judge