IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-147-RJC-DCK

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| INTERCONTINENTAL CAPITAL GROUP, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement In Principle" (Document No. 80) notifying the Court that the parties reached a settlement on May 30, 2024. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **July 15, 2024**.

**SO ORDERED**.  Signed: June 14, 2024

David C. Keesler
United States Magistrate Judge